*In re* Nombramientos a la Junta Revisora de las Actividades del Colegio de Abogados.

*Número:* EN-2006-01      *Resuelto:* 14 de febrero de 2006

## RESOLUCIÓN

En virtud de nuestro poder inherente para reglamentar la admisión y el ejercicio de la abogacía en Puerto Rico, y a la luz de lo resuelto en *Colegio de Abogados v. Schneider,* 117 D.P.R. 504 (1986), este Tribunal adoptó, el 30 de junio de 2003, el Reglamento Relativo al Uso de Fondos del Colegio de Abogados de Puerto Rico Provenientes de Cuotas y Venta de Estampillas (Reglamento). Véase *Reglamento Rel. Uso Fondos C. de Abogados,* 131 D.P.R. 344 (1992).[1]

El reglamento tiene el propósito de establecer "el balance entre los distintivos propios de la colegiación compulsoria y los derechos de expresión individual de los colegiados", salvaguardando el derecho "a disentir, a expresar libremente creencias y opiniones, y a no ser compelido a apoyar causas o posiciones distintas de las que respondan a su conciencia individual". *Reglamento Rel. Uso Fondos C. de Abogados,* supra, pág. 347.

Con este propósito, la Regla 6 del Reglamento, *supra,* estableció un mecanismo remediador para los colegiados que se hayan acogido al pago de la cuota dispuesta en la Regla 5(b) y desean impugnar la clasificación de una actividad particular o los gastos en que realmente se ha incurrido en determinada actividad. Los colegiados que así opten tienen el derecho de acudir ante la Junta Revisora de las Actividades del Colegio de Abogados de Puerto Rico (Junta) y presentar un recurso conforme al procedimiento establecido en la Regla 9 del Reglamento.

[1] Enmendado posteriormente en *In re Emdas. Regl. Uso Fondos C. Abo. P.R.,* 132 D.P.R. 674 (1993).

Esa Junta, creada como un organismo autónomo, está compuesta de tres miembros nombrados por el Tribunal Supremo por el término de dos años, quienes serán escogidos entre ex Jueces del Tribunal Supremo de Puerto Rico o del Tribunal de Primera Instancia. Véase Regla 8 del Reglamento, *supra*.

Habiendo vencido el término de los miembros anteriormente nombrados por este Tribunal, designamos a las siguientes personas a la Junta por el término de dos años:

1. Lcdo. Ramón Negrón Soto, *presidente*
2. Lcdo. Agustín Mangual
3. Lcdo. René Arrillaga Beléndez

La Junta funcionará de acuerdo con las disposiciones expresadas en el citado Reglamento.

*Notifíquese copia de esta Resolución a las personas designadas y al Colegio de Abogados de Puerto Rico, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*